AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America<br>v.<br>Santos Chavarria-Ortiz | Case No: 15CR52-01(DSD)<br>USM No: 67498-079 |
| Date of Original Judgment: 09/02/2015<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Reynaldo A. Aligada, Jr.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is ineligible for a sentence reduction because the amendment did not have the effect of lowering his applicable guideline range. Defendant is therefore not covered by USSG § 1B1.10(a)(2)(B) and 18 U.S.C. § 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/02/2025

Judge's signature

David S. Doty, D.Ct. Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*