```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Criminal No. 15-52(DSD)
```

United States of America,

       Plaintiff,

v.                                                **ORDER**

Santos Chavarria-Ortiz,

       Defendant.

   This matter is before the court upon the motion by defendant Santos Chavarria-Ortiz to correct the written judgment and order his immediate release. He bases his motion on the court's comment at sentencing that he will be able to see his child grow up once he completes his sentence. He argues that because his child will no longer be a minor when he is released, the court should correct his sentence to match the court's comment. Because there is no legal or factual basis for this request, the court must deny the motion.

   Accordingly, **IT IS HEREBY ORDERED** that the motion [ECF No. 56] is denied.

Dated: January 6, 2026

                                           s/David S. Doty
                                           David S. Doty, Judge
                                           United States District Court