UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-52(DSD)

United States of America,

       Plaintiff,

v.                                                          **ORDER**

Santos Chavarria-Ortiz,

       Defendant.


This matter is before the court upon the motion by defendant Santos Chavarria-Ortiz asking the court to reconsider its denial of his motion to correct the written judgment and order his immediate release. See ECF No. 57.

Motions for reconsideration serve the limited purpose of "correct[ing] manifest errors of law or fact or ... present[ing] newly discovered evidence." Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1988) (quotation and citation omitted). Defendant does not present any evidence relevant to this standard. As a result, his motion must be denied.

Accordingly, **IT IS HEREBY ORDERED** that the motion for reconsideration [ECF No. 61] is denied.


Dated: January 28, 2026

                                   s/David S. Doty
                                   David S. Doty, Judge
                                   United States District Court